UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS REYNOLDS                                                                                    PLAINTIFF

v.                                            No. 5:19-CV-05217

SILOAM SPRINGS COUNTRY CLUB, INC.;
THE COURSE AT SAGER'S CROSSING, LLC;
and JONATHAN SELF                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date and the settlement agreement entered into by the parties, Plaintiff Thomas Reynolds shall have $6,394.08 as a stipulated judgment, comprising $3,197.04 in unpaid wages and $3,197.04 in liquidated damages, from Defendants Siloam Springs Country Club, Inc., The Course at Sager's Crossing, LLC, and Jonathan Self, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 9th day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE