| Date | Amount | Description | Price | Quantity |
|---|---|---|---|---|
| 5/29/2020 | $200.00 | Service Fee - APS | $200.00 | 1 |
| 4/17/2020 | $210.00 | Attempted Service Fee/Service Fee to APS | $210.00 | 1 |
| 3/12/2020 | $95.00 | Service Fee to APS | $95.00 | 1 |
| 2/21/2020 | $190.00 | Service Fee to APS | $190.00 | 1 |
| 11/25/2019 | $400.00 | Filing Fee | $400.00 | 1 |
| Total | Sum | $1,095.00 | $1,095.00 | 5 |