IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THOMAS REYNOLDS**                                                                                   **PLAINTIFF**

vs.                                          No. 5:19-cv-5217-PKH

**SILOAM SPRINGS COUNTRY CLUB,**                                              **DEFENDANTS**
**INC., THE COURSE AT SAGER'S**
**CROSSING, LLC, and JONATHAN SELF**

### JOINT NOTICE OF REMAINING SETTLEMENT

The purpose of this Joint Notice of Remaining Settlement is to apprise the Court that Plaintiffs and Defendants have reached a settlement in principle that will resolve Plaintiffs' claims of attorneys' fees and costs in the lawsuit. The Parties are in the process of finalizing settlement documents as to the claims of attorneys' fees and costs and expect to file a Joint Stipulation of Dismissal within 14 days from the filing of this Joint Notice of Remaining Settlement. Due to the Parties' agreement, Plaintiff's Motion for Costs and Attorneys' Fees is moot.

Respectfully submitted,

**PLAINTIFF THOMAS REYNOLDS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **SILOAM SPRINGS COUNTRY CLUB, INC.**

CARITHERS JOHNSON DEVENPORT, PLLC
3900 Front Street, Suite 204
Fayetteville, Arkansas 72703
Telephone: (479) 332-4905
Facsimile: (479) 332-4908

*/s/ Colin M. Johnson*____
Colin M. Johnson
Ark. Bar No. 2007189
colin@cjdfirm.com

    **and**    **THE COURSE AT SAGER'S CROSSING, LLC, and JONATHAN SELF, DEFENDANTS**

ELROD LAW FIRM
P. O. Drawer 460
Siloam Springs, Arkansas 72761
Telephone: (479) 524-8191
Facsimile: (479) 524-3550

Daniel R. Elrod
Ark. Bar No. 80041
contact@elrod-law.com

*/s/ Carrie Griffith*_____
Carrie Griffith
Ark. Bar No. 92217
contact@elrod-law.com