IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THOMAS REYNOLDS**                                                    **PLAINTIFF**

vs.                                   No. 5:19-cv-5217-PKH

**SILOAM SPRINGS COUNTRY CLUB,**                                 **DEFENDANTS**
**INC., THE COURSE AT SAGER'S**
**CROSSING, LLC, and JONATHAN SELF**

## STATUS REPORT

The purpose of this Status Report is to update the Court on the status of settlement finalization:

1.    On February 26, the Parties informed the Court that they had reached a settlement in principle that would resolve Plaintiff's claims of attorneys' fees and costs. *See* ECF No. 43.

2.    The Parties stated that they intended to file a Joint Stipulation of Dismissal by March 12.

3.    Plaintiff represents that the Parties have finalized a fees and costs agreement and are working diligently to acquire the necessary signatures.

4.    Unless the Court objects and would prefer a different deadline, Plaintiff represents that the Parties will file the necessary dismissal papers by March 26.

Respectfully submitted,

**PLAINTIFF THOMAS REYNOLDS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com